1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 FRANK STEFFENSEN,               )    Case No.  2:11-cv-01389 KJN
                                   )    (HC)
12             Petitioner,         )
                                   )    APPLICATION AND [PROPOSED]
13 v.                              )    ORDER TO SEAL PSR
                                   )
14 MICHAEL BABCOCK, WARDEN,        )
                                   )
15             Respondent.         )
   _____)
16

17      TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE

18 JUDGE:

19      COMES NOW SAMANTHA S. SPANGLER, Assistant United States

20 Attorney for the Eastern District of California, to apply to this

21 Court and respectfully represent:

22      1.   I have presented to this Court the Respondent's motion to

23 dismiss, along with declarations and attachments.

24      2.   Today I submitted to the Court directly via electronic

25 mailing a copy of the Petitioner's Presentence Investigation Report

26 (PSR), as Attachment 1 to the Declaration of Patricia Kitka.

27      3.   The PSR should be filed under seal, under the rules of

28           this Court.

                                 1

1    THEREFORE, the undersigned requests that the attachment to the

2  Declaration of Patricia Kitka be sealed pursuant to Rule 460(a) of

3  the Local Rules.

4  DATED:  January 24, 2012              BENJAMIN B. WAGNER
                                         United States Attorney
5

6                                 by     _____
                                         SAMANTHA S. SPANGLER
7                                        Assistant U.S. Attorney

8

9                                   Order

10     The Court hereby orders that the Petitioner's PSR, filed as

   Attachment 1 to the Declaration of Patricia Kitka, in the above-
11
   referenced case, shall be sealed until further order of the Court.
12
   DATED:  January 24, 2012            _____
13                                      KENDALL J. NEWMAN
                                        United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2