```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK STEFFENSEN, | Case No. 2:11-cv-01389 KJN (HC) |
| Petitioner, | |
| v. | APPLICATION AND [PROPOSED] ORDER TO SEAL PSR |
| MICHAEL BABCOCK, WARDEN, | |
| Respondent. | |

TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW SAMANTHA S. SPANGLER, Assistant United States Attorney for the Eastern District of California, to apply to this Court and respectfully represent:

1. I have presented to this Court the Respondent's motion to dismiss, along with declarations and attachments.

2. Today I submitted to the Court directly via electronic mailing a copy of the Petitioner's Presentence Investigation Report (PSR), as Attachment 1 to the Declaration of Patricia Kitka.

3. The PSR should be filed under seal, under the rules of this Court.

1

THEREFORE, the undersigned requests that the attachment to the Declaration of Patricia Kitka be sealed pursuant to Rule 460(a) of the Local Rules.

DATED: January 24, 2012

BENJAMIN B. WAGNER
United States Attorney

by  *Samantha Spangler*
SAMANTHA S. SPANGLER
Assistant U.S. Attorney

## Order

The Court hereby orders that the Petitioner's PSR, filed as Attachment 1 to the Declaration of Patricia Kitka, in the above-referenced case, shall be sealed until further order of the Court.

DATED: January 24, 2012

KENDALL J. NEWMAN
United States Magistrate Judge