IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK STEFFENSEN,                        )   Case No. 2:11-cv-01389 KJN (HC)
                                         )
        Petitioner,                      )
                                         )
v.                                       )
                                         )
MICHAEL BABCOCK, Warden,                 )
                                         )
        Respondent.                      )
_____)

## SEALING ORDER

Upon motion of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Petitioner's PSR, filed as Attachment 1 to the Declaration of Patricia Kitka, in the above referenced case shall be sealed until further order of the Court.

DATED: January 24, 2012

_____
KENDALL J. NEWMAN
United States Magistrate Judge