IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK STEFFENSEN,

    Petitioner,                     No. 2:11-cv-1389 KJN P

    vs.

RICHARD B. IVES,

    Respondent.                    <u>ORDER</u>

        Petitioner has filed objections to this court's findings and recommendations filed on January 27, 2012. (Dkt. No. 22.) In addition, petitioner has filed an objection to the presentence report filed under seal by respondent (Dkt. No. 23), and a motion to redact that portion of the findings and recommendations that relies on the challenged presentence report (Dkt. No. 24).

        Respondent is directed to file, within seven days after the filing date of this order, a response addressing the merits of each of the above-noted filings.

        SO ORDERED.

DATED: March 9, 2012

                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

stef1389.100.2241

1